[No. 8585–2–II.   Division Two.   November 24, 1986.]

KAREN MURPHY, *Appellant,* v. WENDY J. WHARTON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–01932–3, James P. Healy, J., entered February 22, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Alexander, J.

[No. 8917–3–II.   Division Two.   November 24, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES ROBERTSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 84–1–00111–3, David R. Draper, J., entered May 30, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Reed, J.

[No. 9188–7–II.   Division Two.   November 24, 1986.]

CLARENCE G. RHINEHART, *Respondent,* v. SEATTLE–FIRST NATIONAL BANK, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85–2–00646–2, Alan R. Hallowell, J., entered September 20, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Petrich, J.

[No. 8753–7–II.   Division Two.   November 24, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER DANIEL THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–1–01816–1, Thomas R. Sauriol, J., entered April 22, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Alexander, JJ.